September 20, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

JANE DOE, Appellant

NO. 14-16-00318-CV                                V.

PIERRE CHEVRAY, M.D., Appellee

_____

Today the Court heard appellant's agreed motion to dismiss the appeal from the judgment in favor of Pierre Chevray, M.D., signed by the court below on January 6, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.